IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**ABDUL MALIK BEY**,                                       *

               Plaintiff,                           *

v.                                                                        Case No.   5:23-CV-00008-TES-CHW
                                                             *

**MELISSA LAWSON, et al.**,

               Defendants.                        *

_____          *

## J U D G M E N T

Pursuant to this Court's Order dated April 13, 2023, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 13th day of April, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk